UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GEORGE ISAAC HERNANDEZ, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:12-0606 |
| v. ) | Judge Sharp/Brown |
| ) | **Jury Demand** |
| SGT. MELANIE BIDDIX, *et al.*, ) | |
| ) | |
| Defendants ) | |

**O R D E R**

This matter has been assigned to the undersigned for case management and for a report and recommendation for any dispositive motions. Docket Entry 2 should be **TERMINATED** as the Court has now allowed Plaintiff to proceed in *forma pauperis* (Docket Entry 14).

The Plaintiff has filed a motion for a temporary restraining order/emergency injunction (Docket Entry 6). The complaint in this motion indicates that the Plaintiff is presently housed in the Western District of Tennessee. The Magistrate Judge has initial concern as to whether the court in the Middle District of Tennessee has jurisdiction. It may well be that jurisdiction for assault in the West Tennessee prison should be appropriately brought by the Plaintiff in the Western District of Tennessee. The Magistrate Judge will issue a separate report and recommendation on Docket Entry 6.

The Magistrate Judge notes that the district court has dismissed the complaint against all Defendants except Melanie

Biddix. The **Clerk** should therefore terminate the remaining Defendants in this case.

Once service of process has issued and the Defendant has responded the Magistrate Judge will set this case for a Rule 16 hearing.

At the present time Sgt. Biddix is the only Defendant in this case and is sued in her individual capacity. As pointed out above, the Magistrate Judge serious doubt that this court has jurisdiction over the Plaintiff's complaint about treatment and safety in the West Tennessee prison. However, given the nature of the allegation, the **Clerk** is directed to send a copy of Docket Entries 6 and 7 to the Warden at the West Tennessee State Prison in Henning, and to the Attorney General and the Commissioner of Corrections as a matter of information only.

The Plaintiff is reminded that the under the prison litigation format, before bringing complaints about a treatment at the prison, he must exhaust his administrative grievance procedures.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge