```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

GEORGE HERNANDEZ, JR.,           )
     Plaintiff,                  )
                                 )
     v.                          )   NO.  3:12-0606
                                 )
                                 )   Judge Sharp/Brown
                                 )
SGT. MELANIE BIDDIX,             )
     Defendant.                  )

## O R D E R

The plaintiff has filed a motion for Emergency Injunction and Temporary Restraining Order and Request for a Telephone Conference (DE 115) to which the Defendants have responded in opposition (DE 117). **A telephone conference is set for Tuesday, February 19, 2013 at 2:30 p.m. to be initiated by counsel for the defendant.**

It is so **ORDERED**.

                                   /s/ Joe B. Brown
                                   JOE B. BROWN
                                   United States Magistrate Judge